

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Flare Air, L.L.C., Appellant

No. 06-18-00097-CV      v.

Preston Burton as Independent
Administrator of the Estate of Trevor
Morris, Kylor Morris, Diana Morris, Calvin
Morris, and Nafisa Morris, Individually and
as Next Friend of her Minor Children, C.M.
(Boy), L.M., C.M. (Girl), and B.M., et al.,
Appellees

Appeal from the 4th District Court of Rusk
County, Texas (Tr. Ct. No. 2017-261).
Opinion delivered by Justice Burgess, Chief
Justice Morriss and Justice Moseley*
participating.    *Justice Moseley, Retired,
Sitting by Assignment.

As stated in the Court's opinion of this date, we vacate the trial court's order denying
Flare Air's motion to transfer venue to Smith County and remand this case to the trial court for
further proceedings consistent with this opinion.

We further order that the appellees pay all costs of this appeal.

RENDERED JANUARY 11, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk